IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULES J. GARCIA,<br><br>    Petitioner,<br><br>vs.<br><br>M. S. EVANS,<br><br>    Respondent. | 1:08-CV-0394-LJO WMW HC<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE** |

    Petitioner is a state prisoner proceeding pro se. On March 18, 2008, Petitioner lodged in this court a petition for writ of habeas corpus directed to the California Court of Appeal, Fifth Appellate District. This court is not the California Court of Appeal, a state court. Rather, this court is the United States District Court for the Eastern District of California, a federal court. Accordingly, the petition will be returned to Petitioner so as to allow him to file it in the California Court of Appeal, Fifth Appellate District.

    Based on the foregoing, IT IS HEREBY ORDERED as follows:

1)   The Clerk of the Court is directed to return Petitioner's petition to him unfiled;

2)   The Clerk of the Court is directed to administratively close this case.

 

IT IS SO ORDERED.

**Dated:   April 8, 2008**                         **/s/  William M. Wunderlich**
                                                                  UNITED STATES MAGISTRATE JUDGE

2